Beldock,
Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of JOSEPH J. POLANSKY, an Attorney, Respondent. SAMUEL GREASON, Petitioner.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of E. LLEWELLYN REEVE, Appellant, v. NEW YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

ELIZABETH L. KALLMAN, Appellant, v. M. RAYMOND KALLMAN, Respondent.—

Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

(A) JOHN KING, Respondent, v. JOSEPH GILLERT, Appellant. (B) CASSANDRA K. LA RUEA, Respondent, v. GENERAL SPORTSWEAR CO., INC., et al., Appellants. (C) ANN B. NEWBURGER, Appellant, v. ANDREW M. NEWBURGER, Respondent. (D) MARGARET POCHARI, Plaintiff, v. COUNTY OF WESTCHESTER et al., Defendants, TRUMID CONSTRUCTION COMPANY, INC., Appellant, and GAMEWELL COMPANY, Respondent. (E) DOROTHY RICHARDSON, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, et al., Defendant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

FLORENCE MAURO et al., Respondents, v. EDWARD RUCKERT et al., Respondents, and NEW YORK TELEPHONE COMPANY et al., Appellants. MARIE RUCKERT et al., Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

JOSEPH MOREA, Respondent, v. ELIZABETH MURATORE et al., Defendants, and DONALD V. KANE, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

NORTHVILLE DOCK CORPORATION, Respondent, v. CARL L. ALLER et al., Defendants, and ALCO UTILITIES CORP. et al., Appellants.—